## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Boyle v. City of Chicago          Case Number: 17-CV-244

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff

Attorney name (type or print): Craig Futterman

Firm: Edwin F. Mandel Legal Aid Clinic

Street address: 6020 S. University

City/State/Zip: Chicago, IL 60637

Bar ID Number: 6206936          Telephone Number: (312) 243-5900
(See item 3 in instructions)

Email Address: futterman@uchicago.edu

Are you acting as lead counsel in this case?          ☐ Yes    ☑ No

Are you acting as local counsel in this case?          ☐ Yes    ☑ No

Are you a member of the court's trial bar?          ☑ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?          ☑ Yes    ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 12, 2017

Attorney signature: S/ Craig Futterman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015