## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JERRY BOYLE, on behalf of himself and a class of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| CITY OF CHICAGO; Former Superintendent of the Chicago Police Department GARRY MCCARTHY; Former Superintendent of the Chicago Police Department JOHN ESCALANTE; Current Superintendent of the Chicago Police Department EDDIE JOHNSON; Former Chief of the Bureau of Organized Crime NICHOLAS ROTI; Current Chief of the Bureau of Organized Crime ANTHONY J. RICCIO; Bureau of Organized Crime Technical Support Section Supervisors JACK COSTA and JAMES WASHBURN; unknown Chicago Police Department Supervisor JOHN DOES; and unknown Chicago Police Department Cell Site Simulator Operator JOHN DOES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 17-cv-00244<br><br>Hon. Harry D. Leinenweber |
| Defendants. | ) | |

### JOINT STIPULATED DISMISSAL WITHOUT PREJUDICE

The parties, through their attorneys, hereby stipulate that the above-captioned case shall be dismissed without prejudice, with each side bearing its own costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Date: 10/6/17                                   Respectfully Submitted,

**JERRY BOYLE**

BY: */s/ Matthew Topic*
*One of Plaintiff's Attorneys*

*Attorneys for Plaintiff*

Michael Kanovitz
Matthew Topic
Ruth Brown
Josh Burday
LOEVY & LOEVY
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900

Craig B. Futterman
EDWIN F. MANDEL LEGAL AID CLINIC
University of Chicago Law School
6020 S. University
Chicago, Illinois 60637
(773) 702-9611

Date:   10/6/17                                 **EDWARD N. SISKEL**
                                                Corporation Counsel of the City of Chicago

                                                By: */s/ John L. Hendricks*
                                                *One of Defendants' Attorneys*

*Attorneys for Defendants*

John L. Hendricks
Andrew S. Mine
Margaret Sobota
Tara D. Kennedy
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975